DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SEREETA PLANNO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1493

[July 19, 2018]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 12-3449CF10A.

Sereeta Planno, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN, and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***